

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00995-CR

Linda Ann **STEPHENS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR0905
Honorable Michael E. Mery, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
               Irene Rios, Justice
               Beth Watkins, Justice

Delivered and Filed: January 17, 2024

DISMISSED FOR LACK OF JURISDICTION

Pursuant to a plea bargain, appellant was placed on deferred adjudication community supervision in February 2022. On September 20, 2023, the trial court signed an "Order Amending Conditions of Community Supervision." On October 11, 2023, appellant filed a pro se notice of appeal, appearing to appeal the trial court's order amending the conditions of community supervision. Because this court does not have jurisdiction to consider an appeal from an order altering or modifying the conditions of community supervision, we ordered appellant to show cause by December 21, 2023 why this appeal should not be dismissed for lack of jurisdiction. *See*

*Davis v. State*, 195 S.W.3d 708, 710-11 (Tex. Crim. App. 2006); *Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); *Quaglia v. State*, 906 S.W.2d 112, 113 (Tex. App.—San Antonio 1995, no pet.). We admonished appellant if she failed to respond by that date, this appeal would be dismissed. Appellant did not file a response.

Accordingly, this appeal is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH